IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN PAUL RIESER, CHAPTER 7 TRUSTEE** | : | |
| | : | |
| | : | |
| APPELLANT, | : | CASE NO. 3:14-CV-00210-WHR |
| | : | |
| v. | : | JUDGE RICE |
| | : | |
| **TRACI KYLE** | : | |
| | : | |
| APPELLEE. | : | |

### <u>AGREED DISMISSAL ENTRY</u>

Upon agreement of the Appellant and Appellee, and as noted by signatures of counsel for same below, this case has been resolved between the Appellant and Appellee (hereinafter, the "Parties"). A settlement was approved in the underlying bankruptcy case (Docket No. 55 in

Chapter 7 Case No. 13-31398 in the United States Bankruptcy Court, Southern Division of Ohio). The subject real estate has been sold and the settlement of Twenty Thousand Dollars ($20,000.00) has been paid to Appellant.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Appellant's notice of appeal is hereby withdrawn.

2. This case is hereby **DISMISSED WITH PREJUDICE.**

**The Clerk shall treat this as a terminating entry.**

**IT IS SO ORDERED.**

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

**AGREED:**

*/s/ John Paul Rieser*
John Paul Rieser, Esq. (0017850)
Rieser & Marx LLC, Of Counsel
7925 Graceland Street
Dayton, OH 45459-3834
Tel: 937-224-4128 Fax: 937-224-3090
E-mail: attyecfdesk@riesermarx.com
*Case Attorney for Appellant, John Paul Rieser,*
*Chapter 7 Trustee*

*/s/ Wayne Novick via e-mail 6/18/15*
Wayne P. Novick, Esq. (0030248)
2135 Miamisburg-Centerville Rd.
Centerville, OH 45459
(937) 436-2606
Gratefullawyer@gmail.com
*Counsel for Appellee/ Debtor, Traci Kyle*

Copies mailed to all counsel of record.

###